# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0011

VERSUS

JOHN DUHE                                                 **MARCH 14, 2022**

---

In Re:    John Duhe, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          440,543.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                                JMG
                                GH
                                WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT